**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: December 18, 2025

Mr. Jean-Claude Andre
Bryan Cave Leighton Paisner
120 Broadway
Suite 300
Santa Monica, CA 90401

Mr. Daniel B. Asimow
Arnold & Porter Kaye Scholer
3 Embarcadero Center
10th Floor
San Francisco, CA 94111

Mr. Richard S. Busch
King & Ballow
26 Century Boulevard
Suite 700
Nashville, TN 37214

Mr. Jacob Thomas Clabo
Griffin Bowen
48 Music Square, E.
Nashville, TN 37203

Mr. Andrew Hunt Davis
King & Ballow
26 Century Boulevard
Suite 700
Nashville, TN 37214

Mr. Chris Michael LaRocco
Bryan, Cave, Leighton & Paisner
1290 Avenue of the Americas
New York, NY 10104

Mr. David Paul Mattern
King & Spalding
1700 Pennsylvania Avenue, N.W.
Suite 900
Washington, DC 20006

Mr. David Niemierzycki
King & Ballow
26 Century Boulevard
Suite 700
Nashville, TN 37214

Mr. Archis Ashok Parasharami
Mayer Brown
1999 K Street, N.W.
Washington, DC 20006

Mr. Andrew John Pincus
Mayer Brown
1999 K Street, N.W.
Washington, DC 20006

Mr. Geoffrey M. Pipoly
Bryan Cave Leighton Paisner
161 N. Clark Street
Suite 4300
Chicago, IL 60601

Ms. Elisabeth S. Theodore
Arnold & Porter Kaye Scholer
601 Massachusetts Avenue, N.W.
Washington, DC 20001

>    Re:  Case No. 24-5849/24-5894
>         *Eight Mile Style, LLC, et al v. Spotify USA Inc., et al*
>         Originating Case No. 3:19-cv-00736

Dear Sir or Madam,

   The Court issued the enclosed (Order/Opinion) today in these cases.

                                        Sincerely yours,

                                        s/Connie A. Weiskittel
                                        Mediation Administrator

cc: Ms. Lynda M. Hill

Enclosure

No mandate to issue