Case No. 24-5849/24-5894

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC

    Plaintiffs - Appellants Cross-Appellees

v.

SPOTIFY USA INC.

    Defendant - Appellee Cross-Appellant

and

KOBALT MUSIC PUBLISHING AMERICA, INC.; HARRY FOX AGENCY, LLC

    Defendants - Appellees [24-5849]
    Defendants [24-5894]

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that these cases are dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: December 18, 2025